UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Joann Parker
                          Plaintiff,

v.                                                 Case No.: 1:10−cv−01457
                                                                 Honorable John Z. Lee

Chicago Tribune Company
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2014:

      MINUTE entry before the Honorable John Z. Lee: On November 8, 2013, the U.S. Bankruptcy Court for the District of Delaware held that Joann Parker had not preserved her right to recover from Chicago Tribune Company based on claims for conduct that took place before December 8, 2008, and held that she could not belatedly do so by filing an untimely proof of claim. Ms. Parker has not appealed the Bankruptcy Court's order concerning her claim, which she was required to do if she disagreed with the order. Because the claims she raises in the present litigation are barred, there are no claims left for this Court to adjudicate, and the Court dismisses this case with prejudice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.